**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDRE ARNOLD,

      Plaintiff,                    Case No. 22-11481

v.                               Hon. Denise Page Hood

SAFERENT SOLUTIONS LLC,
f/k/a CORELOGIC RENTAL
PROPERTY SOLUTIONS, LLC.

      Defendants.

_____/

## ORDER STAYING CASE AND PROHIBITING FURTHER FILINGS

This matter is before the Court on a one-count complaint alleging violations of the Federal Credit Reporting Act by SafeRent Solutions LLC. [ECF No. 1]. Fact discovery has ended, and the parties have engaged in settlement conversations before Magistrate Judge Elizabeth Stafford. On January 29, 2024, Plaintiff filed a motion to withdraw counsel and subsequently requested to proceed *pro se*. [ECF Nos. 18 & 22]. Since that time, Plaintiff has filed nearly 100 motions. The Court is barraged by the volume of motions and cannot proceed with the efficient disposition of this matter without ruling on the pending motions. "Federal courts have the inherent power to 'manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Smith v. Parks*, No. 5:14-CV-260-KKC,

2016 WL 2869776, at *3 (E.D. Ky. May 17, 2016) *quoting Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). Therefore, this matter is stayed, and further filing is prohibited, including motions and notices, until the Court reviews and rules on all pending motions. Any motions filed after the date of this Order will be stricken.

SO ORDERED.

/s/Denise Page Hood_____
Denise Page Hood
United States District Judge

Dated: October 23, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record or party on October 23, 2024, by electronic and/or ordinary mail.