UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE ARNOLD,

    Plaintiff,                                       Case No. 22-11481
v.                                              Hon. Denise Page Hood

SAFERENT SOLUTIONS, LLC,

    Defendants.
_____/

**AMENDED ORDER CLARIFYING COURT'S DECEMBER 20, 2024, ORDER GRANTING DEFENDANT'S MOTION FOR ORDER DESIGNATING PLAINTIFF A VEXATIOUS LITIGANT, DEEMING HIS FILINGS FRIVOLOUS, AND ENJOINING FURTHER FILINGS**

On December 20, 2024, the Court granted Defendant's motion for order designating Plaintiff a vexatious litigant, deeming his filings frivolous, and enjoining further filings. [ECF No. 193]. The Court's Order was intended to enjoin Plaintiff from filing further documents in the matters before the Court (Case Nos. 22-11481 and 24-11776) only and not as a barrier to Plaintiff filing further actions in this District under Local Rule 5.2. Therefore, the Court clarifies its December 20, 2024, Order as follows:

IT IS SO ORDERED that Plaintiff is enjoined from further filings in Case Nos. 22-11481 and 24-11776 absent leave of Court;

IT IS FURTHER ORDERED that Plaintiff is not restricted from filing new cases in this District with the exception of any new actions brought against SafeRent based on the claims alleged in the current matters before the Court.

SO ORDERED.

                                                                                                                                     s/Denise Page Hood  
                                                                                                                                     Denise Page Hood  
                                                                                                                                     United States District Judge

Dated: June 20, 2025