# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDRE ARNOLD,

    Plaintiff,

v.

    Case No. 22-11481
    Hon. Denise Page Hood

SAFERENT SOLUTIONS, LLC,

    Defendant.

_____/

## **JUDGMENT**

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

    KINIKIA ESSIX
    CLERK OF COURT

Approved:

    By: s/LaShawn Saulsberry
s/Denise Page Hood
    Deputy Clerk
Denise Page Hood
United States District Judge

Dated: July 15, 2025

Detroit, Michigan