Case No. 25-1649

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

ANDRE DARNELL ARNOLD

    Plaintiff - Appellant

v.

SAFERENT SOLUTIONS, LLC, fka Corelogic Rental Property Solutions, LLC

    Defendant - Appellee

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by October 20, 2025.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                          **ENTERED PURSUANT TO RULE 45(a),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Kelly L. Stephens, Clerk

Issued: November 04, 2025

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/04/2025.

**Case Name:** Andre Arnold v. SafeRent Solutions, LLC
**Case Number:** 25-1649

**Docket Text:**
ORDER filed to dismiss for want of prosecution for appellant's failure to file brief by 10/20/2025. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Andre Darnell Arnold
1314 Partridge Court
Tecumseh, MI 49286

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Ms. Christi A. Lawson